# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY ALDERSON

NO. 2022 KW 0012

**MARCH 28, 2022**

---

In Re:    Larry Alderson, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No.
          126887.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

                          JMM
                          WIL
                          EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT